# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| WELLS FARGO BANK, N.A | § | |
| | § | |
| | § | |
| V. | § | CASE NO. 4:11CV284 |
| | § | Judge Schneider/Judge Mazzant |
| | § | |
| CRISSY AKINS | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On July 12, 2011, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Plaintiff's Motion to Remand be GRANTED and the case should be REMANDED to County Court at Law No. 2 for Denton County, Texas.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Plaintiff's Motion to Remand (Dkt. #8) is GRANTED and the case is REMANDED to County Court at Law No. 2 for Denton County, Texas.

It is further **ORDERED** that Plaintiff's request for costs and attorney's fees is DENIED, as

Counsel failed to submit a supplemental affidavit within fourteen (14) days of entry of the Magistrate Judge's Report and Recommendation, as directed.

**IT IS SO ORDERED.**

**SIGNED this 29th day of August, 2011.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE